UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 06-75879-CRM |
| | ) | |
| BRIAN LEE CARTWRIGHT, | ) | CHAPTER: 13 |
| | ) | |
| Debtor | ) | HONORABLE C. RAY MULLINS |
| | ) | |
| ASSOCIATED CREDIT UNION, | ) | |
| | ) | |
| Movant | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| BRIAN LEE CARTWRIGHT, | ) | |
| RACHEL S. CARTWRIGHT, | ) | |
| | ) | |
| Respondents | ) | |
| | ) | |
| and | ) | |
| | ) | |
| NANCY J. WHALEY, | ) | |
| | ) | |
| Trustee | ) | |

## MOTION TO LIFT AUTOMATIC STAY AND CO-DEBTOR STAY

**NOW COMES, ASSOCIATED CREDIT UNION** (hereinafter referred to as "ACU"), a creditor and party in interest in the above-captioned matter and Movant in this proceeding and respectfully shows this Court as follows:

1.

The Debtor filed a petition for relief under Chapter 13 of the United States Bankruptcy Code on December 5, 2006.

2.

The Bankruptcy Court has jurisdiction over this proceeding pursuant to 28 U.S.C. §157 and 11 U.S.C. §362.

3.

NANCY J. WHALEY is the duly designated Chapter 13 Trustee.

4.

ACU retains a security interest in a 2003 Toyota Tacoma, Vehicle Identification No. 5TEGN92N03Z216674 ("Vehicle") by virtue of a Note, Security Agreement and Certificate of Title, copies of which are attached hereto as Exhibit "A".

5.

The loan is co-signed by a non-debtor, Rachel S. Cartwright (the "Co-Maker").

6.

The Security Agreement requires that the Debtor and Co-Maker maintain comprehensive insurance coverage on the Vehicle.

7.

ACU received notice that the Debtor's insurance on the Vehicle lapsed on January 23, 2007 and that the Vehicle is presently uninsured at this time.

8.

The Vehicle is not necessary for the reorganization of the Debtor. The Vehicle is burdensome to the estate and is of inconsequential value.

9.

Movant is entitled to relief of the co-debtor stay because the Debtor does not propose to pay the claim. Furthermore, Movant will be irreparably harmed by continued imposition of the stay and as such, the 10-day requirement pursuant to F.R.B.P. 4001(a)(3) should be waived.

**WHEREFORE,** ACU prays the automatic stay, pursuant to 11 U.S.C. §362 and §1301 be lifted to permit ACU to proceed against the Vehicle and Co-maker and this Court grant such other and further relief as it deems just and proper.

RESPECTFULLY SUBMITTED this 27th day of February, 2007.

/s/ Renee V. Cooper
Georgia State Bar No. 142068

For the Firm of
THOMPSON, O'BRIEN, KEMP & NASUTI, P.C.
40 Technology Parkway South, Suite 300
Norcross, Georgia 30092
(770) 925-0111
Attorneys for Associated Credit Union

**ASSOCIATED & FEDERAL** Employees Credit Union

**EASY MONEY**
OPEN END DISBURSEMENT
FUNDS ADVANCE VOUCHER

## BORROWER INFORMATION

| BORROWER 1 NAME (Please Print) | BORROWER 2 NAME (Please Print) | ACCOUNT NUMBER | DATE |
|---|---|---|---|
| RACHEL BROOKS | BRIAN CARTWRIGHT | 212363  1 | 08/13/2004 |

## SECURITY OFFERED ■  CONSUMERS' CLAIMS AND DEFENSES - IF CHECKED, SEE BELOW FOR NOTICE

THE ADVANCE IS SECURED BY YOUR SHARES. ALL PROPERTY SECURING OTHER PLAN ADVANCES AND LOANS RECEIVED IN THE PAST OR IN THE FUTURE, AND THE FOLLOWING PROPERTY:

| PROPERTY/MODEL | YEAR | I.D. NUMBER | VALUE | KEY NUMBER |
|---|---|---|---|---|
| 6674 03 TOYOTA TACOM  TOYOTA TACOMA | 2003 | 5TEGN92N03Z216674 | 20,675.00 | |

PLEDGE OF SHARES AND/OR DEPOSITS $             ACCOUNT NUMBER(S)

## REPAYMENT TERMS

| DAILY PERIODIC RATE | ANNUAL PERCENTAGE RATE | X FIXED / VARIABLE | OTHER FEES (Amount and Description) | NEW BALANCE THIS SUBACCOUNT |
|---|---|---|---|---|
| .01641 % | 5.990 % | X FIXED | $ 149.00 | $ 22,008.79 |

| AMOUNT ADVANCED | PAYMENT AMOUNT | DATE DUE | PAYMENT FREQUENCY | LINE OF CREDIT LIMIT | REMAINING LIMIT |
|---|---|---|---|---|---|
| $ 21,859.79 | $ 436.74 | September 15, 2004 | Monthly | $ 0.00 | $ 0.00 |

Other Description:   CKS, MBR & FIDELITY, $18TF, PU @BUFORD

By accepting the proceeds or by using the funds advanced and deposited into your share/share draft account or paid to a third party, you agree (1) that the property referenced above will secure the advance and any other advances you have now or receive in the future under the Security Agreement (the Plan) and any other amounts you owe us for any reason now or in the future in accordance with the terms of the Plan and (2) to make payments as disclosed above in accordance with the terms of the Plan.

CONSUMERS' CLAIMS AND DEFENSES NOTICE - *The following paragraph applies only when box above is checked.*
NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.

## IMPORTANT NOTICE CONCERNING YOUR AUTOMOBILE INSURANCE

You must obtain insurance coverage on the automobile you have financed with us.
This coverage must include:
1.  Collision and comprehensive coverage with a maximum $500 deductible.
2.  A&FECU listed as lienholder/loss payee.

For verification of insurance, please return to us:
1.  A copy of the declaration page of your policy (the page showing the vehicle description, coverage and lienholder information)

Failure to verify your insurance coverage within the next two (2) weeks will result in additional charges on your loan.

## For Credit Union Use Only

REQUESTED
- [ ] BY MAIL
- [X] THRU OFFICE
- [ ] SINGLE CREDIT D SAB_ITY
- [ ] CK NO _____
- BRANCH NO _____
- [X] BY PHONE
- [ ] INTERNALLY BY CU
- [ ] JOINT CREDIT DISABILITY
- NT NO _____
- PROCESSED BY _____

**EXHIBIT A**

DATE: 08/13/2004    LOAN OFFICER COMMENTS    LOAN OFFICER INITIALS

FECU VOUCHER F-TECH Systems 4/2000

**ASSOCIATED CREDIT UNION**
6251 Crooked Creek Rd
Norcross, Georgia 3107
(770) 448-8200
Outside Georgia Call 1-800-235-3259
Inside Georgia (Area Codes 229, 478, 706 & 912 Only) Call 1-800-422-7319

**EASY MONEY OPEN-END LOAN APPLICATION**

Referred to Autofinder by _____

## HOW TO APPLY

1. Please print in ink or type
2. Complete all areas on pages 1, 2 and 4.
3. Read the Credit and Security Agreement, and enclosed Addendum carefully before signing.
4. Sign by all Xs on page 4.
5. Read and consider the security of Credit Insurance on your loan.
6. Ask your credit union about applying for Credit Insurance.
7. After you've completed all areas, mail or bring to your credit union for approval

## THIS IS AN APPLICATION FOR

NOTICE: Married Applicants May apply for an Individual Application.
☐ An individual account.
☒ A joint account.
☐ A student VISA card (parent or guardian must be co-applicant).
Name of Co-Applicant: **Brian L Cartwright**

NOTICE: Any person who knowingly makes a false statement or a misrepresentation in this application shall be subject to a fine of not more than $5,000.00 or by imprisonment for not more than 2 years, or both, under provisions of the United States Criminal Code.

## GENERAL INFORMATION

APPLICANT'S NAME (LAST, FIRST, MI): **Cartwright, Rachel, S**
E-MAIL ADDRESS: [redacted]@yahoo.com
CREDIT UNION MEMBER NO: [redacted]

STREET ADDRESS: **630 Beckenham Walk Dr.** APT NO: _
CITY, STATE, ZIP: **Dacula, GA 30019**
HOW LONG: **0** YRS

PREVIOUS ADDRESS: **980 Walther Blvd. #331**
CITY, STATE, ZIP: **Lawrenceville, GA 30043**
HOW LONG: **2 1/2** YRS

HOME PHONE NO: [redacted]
OFFICE PHONE NO: [redacted] EXT: _
CELL PHONE NO: [redacted]
SOCIAL SECURITY NO: [redacted]

DEPENDENTS EXCLUDING SELF: NO: **/** AGES: _
YOUR DATE OF BIRTH: [redacted]
DRIVER'S LIC NO: [redacted]
STATE OF ISSUE: **GA**

## EMPLOYMENT

PRESENT EMPLOYER: [redacted]
JOB TITLE: [redacted]
HOW LONG: **4** YRS
SALARY: $[redacted] ☐ MONTHLY ☐ SEMI-MONTHLY ☐ BI-WEEKLY ☐ WEEKLY
PAY GRADE: _

STREET ADDRESS: [redacted]
CITY: [redacted]ville
STATE: [redacted]
ZIP: [redacted]

SUPERVISOR'S NAME: [redacted]
SUPERVISOR'S PHONE NO: [redacted]
FORMER EMPLOYER & POSITION: _
HOW LONG: _ YRS

## REFERENCES

NEAREST RELATIVE'S NAME (NOT LIVING WITH YOU): [redacted]
PHONE NUMBER: [redacted]

RELATIVE'S ADDRESS: [redacted] **Buford, GA** [redacted]
RELATIONSHIP: **Sister**

PERSONAL REFERENCE (NOT RELATED): [redacted]
FULL ADDRESS: [redacted] **Lawrenceville, GA** [redacted]
PHONE NUMBER: [redacted]

PERSONAL REFERENCE (NOT RELATED): _
FULL ADDRESS: _
PHONE NUMBER: _

## ASSETS AND INCOME

| | YEAR | MAKE | MODEL | STATE TITLED |
|---|---|---|---|---|
| AUTO OWNED | 2004 | GMC | ENVOY | GA |
| AUTO OWNED | 2003 | TOYOTA | TACOMA | GA |

You need not reveal income from alimony, child support or separate maintenance payments unless you want us to consider it in evaluating this application.

SOURCE OF OTHER INCOME: _ OTHER INCOME: $ _ MO
SOURCE OF OTHER INCOME: _ OTHER INCOME: $ _ MO

SAVINGS AT OTHER ☐ CREDIT UNION ☐ S&L ☐ BANK $ _
NAME OF INSTITUTION: _

## CO-APPLICANT INFORMATION

Complete this section if: (1) this is to be a joint account with your spouse, (2) your spouse will use this account, (3) you live in a community property state (Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Texas, Washington, Wisconsin, or Puerto Rico) or (4) you are relying on your spouse's income in applying for this account. This section must also be completed about your co-applicant if this is for a joint account with someone other than your spouse.

SPOUSE/CO-APPLICANT'S NAME: **Cartwright, Brian, L**
SOCIAL SECURITY NO: [redacted]
YOUR DATE OF BIRTH: [redacted]
CREDIT UNION MEMBER NO: _

STREET ADDRESS: **630 Beckenham Walk Dr.**
CITY, STATE, ZIP: **Dacula, GA 30019**
HOW LONG: **0** YRS

PREVIOUS ADDRESS: **see above**
CITY, STATE, ZIP: _
HOW LONG: _ YRS

NEAREST RELATIVE: [redacted]
FULL ADDRESS: [redacted] **Gin House Rd, [redacted], GA** [redacted]
PHONE NUMBER: [redacted]

PRESENT EMPLOYER: [redacted]
JOB TITLE: **Painter**
HOW LONG: **7** YRS
SALARY: $[redacted] ☐ MONTHLY ☐ SEMI-MONTHLY ☐ BI-WEEKLY ☐ WEEKLY
SUPERVISOR'S PHONE NO: [redacted]

STREET ADDRESS: _ CITY: _ STATE: _ ZIP: _
SUPERVISOR'S NAME: [redacted]

**CONTINUED ON REVERSE SIDE**

-1-

REQUEST FOR FUNDS/LOANS - Check all boxes apply

| ☐ VISA Classic Card ☐ VISA Platinum Card | ☐ Line of Credit (no advance now) | ☐ Line of Credit (advance $ _____ now) | | ☐ Secured Loan - (IN THE AMOUNT OF $ _____) Complete next line | |
|---|---|---|---|---|---|
| CHECK ONE ☐ VEHICLE TO BE FINANCED ☐ SHARE ACCOUNT | DESCRIBE VEHICLE | YEAR | MAKE | MODEL | ID # |

☐ Other (Describe) _____

1) Do you have payroll deduction to ACU? ☐ Yes ☐ No
2) Please call me with a quotation for an extended auto warranty. ☐ Yes ☐ No
3) Do you wish to have this request repaid by payroll deduction?
   ☐ Yes ☐ No  Specify Account No. _____

**IT IS IMPORTANT THAT YOU READ ALL THE PROVISIONS OF THE CONTRACT THOROUGHLY BEFORE YOU SIGN BELOW.**

You promise that everything you have stated in this application is correct to the best of your knowledge and that the above information is a complete listing of all your debts and obligations. You authorize the credit union to obtain credit reports in connection with this application for credit and for any update, renewal or extension of the credit received. If you request, the credit union will tell you the name and address of any credit bureau from which it received a credit report on you. You understand that it is a federal crime to willfully and deliberately provide incomplete or incorrect information on loan applications made to Federal Credit Unions or State Chartered Credit Unions insured by NCUA

If there are any important changes, you will notify us in writing immediately. You also agree to notify us of any changes to your name, address or employment within a reasonable time thereafter. You have read the Credit and Security Agreements, and Addendum and by signing below, you agree to be bound by the terms of the agreements.

APPLICANT'S SIGNATURE X *Rachel Cartwright*    DATE 9/1/04
CO-APPLICANT'S SIGNATURE X *Brian J. Cartwright*    DATE 9/1/04

### VISA CREDIT CARD DISCLOSURE

| Annual Percentage Rate | Annual Membership Fee | Grace Period For Purchases And Cash Advances | Cash Advance Fee Late Fee, And Cash Advance Fee 3% ($3 Minimum) Late Fees: $28 Over-The-Limit: $28 | Balance Calculation Method Average Daily Balance Including New Purchases |
|---|---|---|---|---|
| Classic 12% Default Rate 15% Platinum 9.9% Default Rate 12.9% | None | 25 Days | | |

You agree that if you are approved for the VISA card you will give the credit union the following security interest to secure the payment of any credit extended on the Account.

You agree that in the event of your default, we may apply the amount of any monies you may have on deposit to the outstanding balance. Our interest in shares or deposits at the time of default is the result of your general pledge of shares.

You agree that this security interest becomes part of the "Visa Card Agreement & Disclosure" which will accompany the cards, and you acknowledge this pledge by your signature below.

The information about the costs of the card described in this application is accurate as of 6/04. This information may have changed after that date. To find out what may have changed, call or write us at the address shown.

☐ VISA Credit Card: You apply for a ☐ Visa Classic or ☐ Visa Platinum Card and agree you will be bound by the terms and conditions accompanying the card, at the time of issue or any renewal, and all amendments. You understand that credit limits are awarded based on your need and ability to repay, as well as a review of your credit report. If you applied for a Platinum Card, you understand that you may be issued a Visa Classic Card if you do not qualify for a Platinum Card.
☐ You request Additional Card required in the name of: _____

| APPLICANT'S SIGNATURE X | DATE | CO-APPLICANT'S SIGNATURE X | DATE | APPLICANT'S SIGNATURE X | DATE |
|---|---|---|---|---|---|

**Credit Insurance Notice:** If I request credit insurance, the premium will be calculated monthly by multiplying the premium rate by the outstanding balance of each subaccount and VISA Credit Card balance. Premiums will be posted at or after the end of the month. The premiums for my credit life and/or disability insurance are not financed as they are based on my outstanding loan and VISA Credit Card balance and are paid periodically. If I am late in paying or fail to pay my periodic payment, you may advance funds on my behalf to pay such premiums and you may impose additional finance charges on the amount financed.

### CREDIT INSURANCE APPLICATION/SCHEDULE
CUNA Mutual Insurance Society • Madison, WI 53701-0391 • Phone: 800/937-2644

"You" or "Your" means the member and the joint insured (if applicable).
Credit insurance is voluntary and not required in order to obtain this loan. You may select any insurer of your choice. You can get this insurance only if you check "yes" and sign your name and write in the date. The rate you are charged for the insurance is subject to change. You will receive written notice before any increase goes into effect. You have the right to stop this insurance by notifying your credit union in writing. Your signature means you agree that:
• If you elect insurance, you authorize the credit union to add the charges for insurance to your loan each month
• You are eligible for insurance if you are working for wages or profit for 25 hours a week or more on the

date of the initial advance. If you are not, you will not be insured until you return to work and complete an application for insurance. If you are off work because of temporary layoff, strike or vacation, but soon to resume, you will be considered at work.
• If you are a homemaker, retiree or student, you are eligible for Credit Life insurance only if you are performing all of the usual duties of a homemaker, retiree or student in the normal manner on the date of the initial advance and you are not receiving disability benefits from any source.
• Are you presently actively at work? ☐ Yes ☐ No
• You are eligible for insurance up to the Maximum Age for Insurance. Insurance will stop when you reach that age

| YOU ELECT THE FOLLOWING INSURANCE COVERAGE(S) | YES | NO | COST PER $100 OF YOUR MONTHLY LOAN BALANCE | INSURANCE MAXIMUMS | DISABILITY | LIFE |
|---|---|---|---|---|---|---|
| SINGLE CREDIT DISABILITY | | | $.160 | MAX. MONTHLY TOTAL DISABILITY BENEFIT | $ 850 | N/A |
| SINGLE CREDIT LIFE | | | $.070 | MAX. INSURABLE BALANCE PER LOAN ACCOUNT | $50,000 | $50,000 |
| JOINT CREDIT LIFE | | | $.105 | MAXIMUM AGE FOR INSURANCE | 66 | 71 |

If you are totally disabled for more than 30 days, then the disability benefit will begin with the 31st day of disability.

Group Policy No: 010-0011-9

DATE _____    BORROWER'S DATE OF BIRTH _____    DATE _____    CO-BORROWER'S DATE OF BIRTH _____

X _____    X _____
SIGNATURE OF BORROWER ELIGIBLE TO BE INSURED (Be sure to check the boxes above)
SIGNATURE OF JOINT INSURED (CO-BORROWER) (Only required if JOINT CREDIT LIFE coverage is selected)
APP825-1193GA

**DO NOT WRITE BELOW - FOR CREDIT UNION USE ONLY**

OPEN-END CREDIT  ☐ Approved  ☐ Rejected _____  Signature of Loan Officer _____
Signature of Credit Committee X _____  X _____  X _____
VISA Credit Limit $ _____  Number of Cards _____  Unsecured Open-end Limit $ _____
Credit Insurance Code: ☐ Credit Disability only/02  ☐ Single Life only/01  ☐ Joint Life only/21
☐ Credit Disability and Single Life/03  ☐ Credit Disability and Joint Life/23  ☐ NO/00

-4-    ACU 900 (Rev 5/17/04)



UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 06-75879-CRM |
| | ) | |
| BRIAN LEE CARTWRIGHT, | ) | CHAPTER: 13 |
| | ) | |
| Debtor | ) | HONORABLE C. RAY MULLINS |
| | ) | |
| ASSOCIATED CREDIT UNION, | ) | |
| | ) | |
| Movant | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| BRIAN LEE CARTWRIGHT, | ) | |
| RACHEL S. CARTWRIGHT, | ) | |
| | ) | |
| Respondents | ) | |
| | ) | |
| and | ) | |
| | ) | |
| NANCY J. WHALEY, | ) | |
| | ) | |
| Trustee | ) | |

## NOTICE OF ASSIGNMENT OF HEARING

**NOTICE IS HEREBY GIVEN** that a Motion to Lift Automatic Stay and Co-debtor Stay has been filed in the above-styled case. In the event a hearing cannot be held within thirty (30) days from the filing of the Motion to Lift Automatic Stay a required by 11 U.S.C. §362, Movant, by and through Counsel, waives this requirement and agrees to the next earliest possible date, as evidenced by the signature below.

**A hearing will be held on the 27th day of March, 2007 at 9:30 AM, in Courtroom 1203, 75 Spring Street, SW, Richard B. Russell Federal Building, Atlanta, Georgia. [IF STAY OF ACTION IS AGAINST CODEBTOR, 20 DAY RESPONSE TIME – 11 U.S.C. 1301(d).]**

**THE AUTOMATIC STAY SHALL REMAIN IN EFFECT WITH RESPECT TO MOVANT UNTIL THIS COURT ORDERS OTHERWISE.**

Your rights may be affected by the Court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If

you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the Court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificated stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. You must also mail a copy of your response to the undersigned at the address stated below.

      Within three days of the date of this Notice, Movant's attorney, or a pro se Movant shall serve the Motion and this Notice upon the Debtor, Debtor's Attorney, Co-maker and Trustee, and shall file a Certificate of Service within days of service. BLR 9007-2 NDGa.

      This 27th day of February, 2007.

                                                            /s/ Renee V. Cooper
                                                            Georgia State Bar No. 142068

For the Firm of
THOMPSON, O'BRIEN, KEMP & NASUTI, P.C.
40 Technology Parkway South, Suite 300
Norcross, Georgia 30092
(770) 925-0111
Attorneys for Associated Credit Union

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 06-75879-CRM |
| | ) | |
| BRIAN LEE CARTWRIGHT, | ) | CHAPTER: 13 |
| | ) | |
| Debtor | ) | |

### CERTIFICATE OF SERVICE

This is to certify that I have this day served the foregoing MOTION TO LIFT AUTOMATIC STAY AND CO-DEBTOR STAY AND NOTICE OF ASSIGNMENT OF HEARING upon the Debtor, Brian Lee Cartwright, 630 Beckenham Walk Drive, Dacula, Georgia 30019; Debtor's Attorney, E.L. Clark, 3300 Northeast Expwy., Bldg. 3, Suite A, Atlanta, Georgia 30341; and upon the Chapter 13 Trustee, Nancy J. Whaley, 303 Peachtree Center Ave., Ste. 120, Atlanta, Georgia 30303; and upon the Co-debtor, Rachel S. Cartwright, 630 Beckenham Walk Drive, Dacula, Georgia 30019, with a copy of same in an envelope with adequate postage affixed thereon to insure delivery by United States Mail.

This 27th day of February, 2007.

/s/ Renee V. Cooper
Georgia State Bar No. 142068

For the Firm of
THOMPSON, O'BRIEN, KEMP & NASUTI, P.C.
40 Technology Parkway South, Suite 300
Norcross, Georgia 30092
(770) 925-0111
Attorneys for Associated Credit Union