UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ENTERED ON DOCKET
MAY 0 2 2007

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 06-75879-CRM |
| | ) | |
| BRIAN LEE CARTWRIGHT, | ) | CHAPTER: 13 |
| | ) | |
| Debtor | ) | HONORABLE C. RAY MULLINS |
| | ) | |
| ASSOCIATED CREDIT UNION, | ) | |
| | ) | |
| Movant | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| BRIAN LEE CARTWRIGHT, | ) | |
| RACHEL S. CARTWRIGHT, | ) | |
| | ) | |
| Respondents | ) | |
| | ) | |
| and | ) | |
| | ) | |
| NANCY J. WHALEY, | ) | |
| | ) | |
| Trustee | ) | |

## STRICT COMPLIANCE CONSENT ORDER ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND CO-DEBTOR STAY

**IT APPEARING** that ACU asserts a security interest in a 2003 Toyota Tacoma, Vehicle Identification No. 5TEGN92N03Z216674 ("Vehicle") by virtue of a Note, Security Agreement and Certificate of Title; and

**IT APPEARING** that ACU filed a Motion for Relief from Automatic Stay and Co-Debtor Stay (the "Motion") on or about February 27, 2007 and a hearing on the Motion was held on March 27, 2007; and

**IT APPEARING** that ACU filed the Motion due to the Debtor's failure to properly insure the Vehicle pursuant to the Security Agreement; and

**IT APPEARING** that the parties agree that the Debtor has provided ACU with proof of insurance on the Vehicle; and

**IT APPEARING** that the parties agree that the Debtor shall pay ACU its attorneys' fees in the amount of $450.00 and costs in the amount of $150.00 for having to file the Motion and ACU shall be entitled to file an amended Proof of Claim; and

**IT APPEARING** that the parties have further agreed that the Debtor shall strictly comply with the terms of this agreement by not allowing insurance coverage to lapse, cancel and/or terminate and/or fail to list ACU as loss payee and should the Debtor default as to the terms of this agreement at any time during the pendency of this bankruptcy, counsel for ACU shall forward to the Debtor and Debtor's counsel a written Notice of Default ("Notice") advising the Debtor of the default and requesting that the Debtor cure said default within ten (10) days of the date of mailing of such Notice; and

**IT APPEARING** that upon notice of default sent by first class mail to the Debtor and Debtor's attorney and failure by the Debtor to cure such default within ten (10) days of the date of mailing of such notice, ACU may file a motion and affidavit of default with the Court, with service upon the Debtor and Debtor's attorney, and the Court may enter an order terminating the automatic stay, without further notice or hearing; and

**IT APPEARING** that the parties have further agreed that should ACU take possession and dispose of the Vehicle at any time during the pendency of this bankruptcy, any equity resulting from the disposition of the Vehicle shall be paid by ACU to the Chapter 13 Trustee and should a deficiency remain after the disposition of the Vehicle, ACU shall be entitled to file a claim for such deficiency balance; therefore, it is hereby

**ORDERED, ADJUDGED AND DECREED** that the Agreement between the parties be

made the Order of this Court.

SO ORDERED this ___30___ day of ___April___, 2007.

_____
HON. C. RAY MULLINS
U.S. BANKRUPTCY COURT

ORDER PREPARED BY:

_____
RENEE V. COOPER
Georgia State Bar No. 142068
Thompson, O'Brien, Kemp & Nasuti, P.C.
40 Technology Parkway South, Suite 300
Norcross, Georgia 30092
(770) 925-0111 – Telephone
(770) 925-8597 – Facsimile
rcooper@tokn.com
Attorneys for Associated Credit Union


CONSENTED TO:                                      NO OPPOSITION:

_____                 _____
ASHLEY GIBLIN                                      NANCY J. WHALEY
Georgia State Bar No. 142244                       Georgia State Bar No. _____
(by Renee V. Cooper w/express permission)          303 Peachtree Center Ave., Suite 120
CLARK & WASHINGTON, P.C.                            Atlanta, Georgia 30303
Bldg. 3, Suite A                                    (678) 992-1201
3300 Northeast Expressway                           Chapter 13 Trustee
Atlanta, Georgia 30341
(404) 522-2222
Attorney for the Debtor

IN RE:      Brian Cartwright
            Chapter 13 Case No. 06-75879-CRM

## IDENTIFICATION OF PARTIES TO BE SERVED

Pursuant to B.L.R. 9013-3(c)(2), the following is a list of the names and addresses of the

parties to be served with a copy of the foregoing Order:


DEBTOR:                    Brian Lee Cartwright
630 Beckenham Walk Drive
Dacula, Georgia 30019

DEBTOR'S ATTORNEY:      Ashley Giblin, Esq.
Clark & Washington, P.C.
Bldg. 3, Suite A
3300 Northeast Expressway
Atlanta, Georgia 30341

CHAPTER 13 TRUSTEE:      Nancy J. Whaley, Esq.
303 Peachtree Center Ave., Suite 120
Atlanta, Georgia 30303

MOVANT'S ATTORNEY:      Renee V. Cooper, Esq.
Thompson, O'Brien, Kemp & Nasuti, P.C.
40 Technology Parkway South, Suite 300
Norcross, Georgia 30092