

**IT IS ORDERED as set forth below:**

Date: May 11, 2007

_____
C. Ray Mullins
U.S. Bankruptcy Court Judge

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | CASE NO. A06-75879-CRM |
| | : | |
| BRIAN LEE CARTWRIGHT, | : | CHAPTER 13 |
| | : | |
| DEBTOR. | : | |
| _____ | : | |
| | : | |
| BRIAN LEE CARTWRIGHT, | : | |
| MOVANT | : | |
| VS. | : | |
| | : | |
| INTERNAL REVENUE SERVICE, | : | |
| CLAIM #4, | : | |
| RESPONDENT | : | |

**ORDER ON DEBTOR'S OBJECTION TO INTERNAL REVENUE SERVICE'S
PROOF OF CLAIM**

This matter is before the Court via the Debtor's "Objection to Proof of Claim" ("the Objection") which was filed in the above-styled Chapter 13 case on March 26, 2007, and objected to the proof of claim in the amount of $7,986.15 filed by Internal Revenue Service. The hearing on the Objection was set for May 1, 2007 at 10:00 a.m. Present at the call of the calendar were counsel for the Debtor and counsel for the Chapter

13 Trustee.  No other appearances were made. Upon review of the record and pleadings in this case, and for good cause shown:

**IT IS HEREBY ORDERED** that the Debtor's "Objection to Proof of Claim" is **SUSTAINED**; claim number 4 on the claims register filed by Internal Revenue Service shall be disallowed until amended to reflect actual tax liabilities owed by Debtor.

## END OF DOCUMENT

| Presented by, | No Opposition, |
|---|---|
| ____/s/_____ | _/s/ by Ashley Giblin with express permission_ |
| Ashley Giblin | Eric W. Roach |
| GA Bar # 142244 | Attorney for Ch. 13 Trustee Nancy Whaley |
| Attorney for Debtor | GA Bar #143194 |
| Clark & Washington, PC | 303 Peachtree Center Avenue |
| 3300 Northeast Expressway | Suntrust Garden Plaza, Suite 120 |
| Building 3 | Atlanta, GA 30303 |
| Atlanta, GA 30341 | |
| (404)522-2222 | |

## DISTRIBUTION LIST

Clark & Washington, PC
3300 Northeast Expressway
Building 3
Atlanta, GA 30341

Nancy Whaley – Chapter 13 Trustee
303 Peachtree Center Avenue
Suntrust Garden Plaza, Suite 120
Atlanta, GA 30303

Office of the US Trustee
Suite 362
75 Spring Street
Atlanta, GA 30303

Brian Lee Cartwright
630 Beckenham Walk Drive
Dacula, GA 30019

U.S. Attorney

## DISTRIBUTION LIST (CONT.)

Northern District of Georgia
Civil Division, Attn: Civil Clerk
600 Richard B. Russell Bldg
75 Spring Street, SW
Atlanta, GA 30303

Internal Revenue Service
District Counsel
P.O. Box 901
Stop 1000-D
Atlanta, GA 30370

Internal Revenue Service
P.O. Box 995
Room 1640, Stop 334-D
Atlanta, GA 30370

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114

United States Attorney General
Main Justice Building
10th and Constitution Avenue, NW
Washington D.C. 20530

Department of Justice – Tax Division
Attn: Chief, Civil Trial Section, Southern Region
P.O. Box 14198
Ben Franklin Station
Washington, D.C. 20044

The Internal Revenue Service
Insolvency Unit
401 West Peachtree Street
Room 400 - Stop 335-D
Atlanta, GA 30308

The Internal Revenue Service
401 West Peachtree Street, NW
Stop 334-D
Atlanta, GA 30308
Attn: Valerie Cook, Bankruptcy Specialist

Case 06-75879-crm    Doc 38    Filed 05/14/07    Entered 05/14/07 11:14:37    Desc Main
Document      Page 4 of 4